# United States District Court
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROGER BARONE | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:26-CV-2920-S-BN |
| | § | |
| YAZAM, INC. d/b/a EMPOWER and CHECKR, INC. | § | |
| | § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. Objections were filed. The Court reviewed de novo those portions of the proposed findings, conclusions, and recommendation to which objection was made, and reviewed the remaining proposed findings, conclusions, and recommendation for plain error. Finding no error, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge. The Court therefore **DENIES** Plaintiff Roger Barone's motion to sever and remand [ECF No. 5].

**SO ORDERED.**

SIGNED November 4, 2026.

**UNITED STATES DISTRICT JUDGE**